STATE v. KORNEGAY

No. 619P84.

Case below: 70 N.C. App. 579.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 January 1985.

STATE v. LESTER

No. 646A84.

Case below: 70 N.C. App. 757.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 14 February 1985.

STATE v. McRAE

No. 649P84.

Case below: 70 N.C. App. 779.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 30 January 1985.

STATE v. NIXON

No. 688P84.

Case below: 61 N.C. App. 348.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 30 January 1985.

STATE v. RICHARDSON

No. 615A84.

Case below: 70 N.C. App. 509.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 18 February 1985.